

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2021

No. 04-21-00110-CV

**IN RE GREAT PLAINS MANAGEMENT CORPORATION**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19936
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The Appellee, Cynara Dolphy-Budd's Third Motion for Extension of Time to File Appellee's Brief is hereby GRANTED. The Appellee's Brief is due September 24, 2021. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court